**North American Bancard, LLC vs. First Data Merchant Services Corporation, et. al.,**

# Exhibit A to the Complaint is the Merchant Program Processing Agreement, dated August 9, 2007, which is attached to Plaintiff North's Motion for Leave to File Under Seal, and it is incorporated herein by reference but under seal.