UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

North American Bancard, LLC,
_____,

              Plaintiff(s),

v.

First Data Merchant Services Corporation, et. al.,
_____,

              Defendant(s).
_____/

Case No. _____

HONORABLE _____

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

North American Bancard, LLC f/k/a North American Bancard, Inc. _____ (party name),

who is a (check one)  ■ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER: _____ makes the following disclosure:[1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

■ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

NAB Intermediate Holdings, LLC, a Delaware entity with its principal place of business in Michigan.

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
■ This party has one or more parent entities.
> If so, identify all parent entities.

NAB Intermediate Holdings, LLC

■ This party has one or more subsidiaries.
    If so, identify all subsidiaries.
See attached Exhibit A.

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: _____
Printed Name: Beth-Ann E. Krimsky, Esq.
Bar Number: 968412
Firm Name: GREENSPOON MARDER LLP
Address: 200 East Broward Boulevard, Suite 1800
City, State, Zip Code: Fort Lauderdale, FL   33301
Phone/Fax: (954) 527-2427
Email Address: beth-ann.krimsky@gmlaw.com

Date: July 15, 2025

and

Frances Belzer Wilson, Esq. (P68650)
DAWDA PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI   48304
Phone:  (248) 642-4282
E-mail:  fwilson@dawdalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CASE NO.

NORTH AMERICAN BANCARD, LLC f/k/a
NORTH AMERICAN BANCARD, INC. n/k/a
NORTHAB, LLC d/b/a NORTH, a Delaware
limited liability company,

    Plaintiff,

v.

FIRST DATA MERCHANT SERVICES
CORPORATION n/k/a FIRST DATA
MERCHANT SERVICES, LLC, a Georgia
limited liability company, and FISERV, INC.,
a Wisconsin corporation,

    Defendant.
_____/

**EXHIBIT A TO PLAINTIFF'S STATEMENT OF DISCLOSURE
OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

250 Commerce, LLC
250 Stephenson Associates, LLC
5967 Ventures, LLC
Carroll Acquisition Company, LLC
EPX Acquisition Company, LLC
Falcon 7x MSN 041, LLC
Inovio Payments, LLC
Money Machine, L.L.C.
NAB-CDI, LLC
NAB-CW, LLC
NAB-FCPS, LLC
NAB-IRE Ventures Limited
NAB-Pay Anywhere, LLC

1

61652039v1

NAB-Phone Swipe, LLC
NAB-PPT, Inc.
NAB-PPT, LLC
NAB-PYTC, LLC
NAB-Signature, Inc.
NAB-SYB Acquisition Company, LLC
NAB-TMS, LLC
PayAnywhere of Texas, LLC
Point and Pay, LLC
Salido, LLC

2

61652039v1