**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CASE NO. 2:25-cv-12156-GAD-APP

NORTH AMERICAN BANCARD, LLC f/k/a
NORTH AMERICAN BANCARD, INC. n/k/a
NORTHAB, LLC d/b/a NORTH, a Delaware
limited liability company,

    Plaintiff,

v.

FIRST DATA MERCHANT SERVICES
CORPORATION n/k/a FIRST DATA
MERCHANT SERVICES, LLC, a Georgia
limited liability company, and FISERV, INC.,
a Wisconsin corporation,

    Defendants.
_____/

**EMERGENCY MOTION TO WITHDRAW DOCKET
ENTRY D.E. 3 DUE TO THE INADVERTENT FILING OF AN
ATTACHMENT THAT WAS MEANT TO
<u>HAVE BEEN FILED UNDER SEAL</u>**

Plaintiff, North American Bancard, LLC f/k/a North American Bancard, Inc. n/k/a NorthAB, LLC d/b/a North ("NORTH") by and through its undersigned counsel and through this emergency filing, hereby requests docket entry D.E. 3 be withdrawn, and states as follows:

1

## **BRIEF IN SUPPORT**

NORTH filed its Motion to Seal pursuant to Local Rule 5.3, seeking leave to file two documents under seal: Exhibit A to NORTH's Complaint, The Merchant Program Processing Agreement dated August 9, 2007 (the "Merchant Agreement") and Exhibit B, NORTH's its Statement of Disclosure of Citizenship and Financial Affiliations.

Through inadvertent mistake, NORTH unintentionally filed D.E. 3, its Statement of Disclosure of Citizenship and Financial Affiliations at D.E. 3 on the public docket instead of as Exhibit B to NORTH's Motion to Seal, filed at D.E. 2. D.E. 3 was meant to be attached and incorporated as a sealed exhibit to NORTH's Motion to Seal pursuant to the Eastern District of Michigan Local Rules.

WHEREFORE Plaintiff, North American Bancard, LLC f/k/a North American Bancard, Inc. n/k/a NorthAB, LLC d/b/a North respectfully requests and urges that this Court to withdraw from the public docket entry D.E. 3 to be re-filed correctly pursuant to Local Rule 5.3.

Dated: July 15, 2025                    Respectfully submitted,

*/s/ Frances Belzer Wilson*
FRANCES BELZER WILSON (P68650)
**Dawda PLC**
39533 Woodward Ave., Suite 200
Bloomfield Hills, MI 48304
(248) 642-4282 (phone/fax)
fwilson@dawdalaw.com

2

61655478v1

By: */s/ Beth-Ann E. Krimsky*
BETH-ANN E. KRIMSKY
Fla. Bar No. 968412
**GREENSPOON MARDER LLP**
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027
beth-ann.krimsky@gmlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of July 2025, a copy of the foregoing Motion to Seal was filed and served on all parties and counsel of record via CM/ECF.

By: */s/ Beth-Ann E. Krimsky*
BETH-ANN E. KRIMSKY

61655478v1